JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No. CV 23-7304 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ASHOK PATEL, | |
| Defendant. | |

In accordance with the Court's December 26, 2023 Minute Order dismissing this action for failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 26, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE